IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MS. RAIDEN HONORABLE,**

        Plaintiff,

    v.

**JESSICA MAHONEY, JOSEPH PATRICK MAHONEY,**

        Defendants.

No. 3:24-cv-00864-JR

OPINION AND ORDER

**BAGGIO, District Judge**:

On 9/11/2024, Magistrate Judge Jolie A. Russo issued her Findings and Recommendation (F&R), [ECF 12], recommending that the Court dismiss this action without leave to amend. Plaintiff Ms. Raiden Honorable objected on 9/30/2024. Objections [ECF 14]. Upon review, the Court agrees with Judge Russo's recommendation and ADOPTS the F&R, [ECF 12], in full.

### DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. §§ 636(b)(1)(B), C. If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however, required to review, de novo or under any other standard, the factual or legal conclusions of the

1 – OPINION AND ORDER

magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

Upon review, the Court agrees with Judge Russo's recommendation and ADOPTS the F&R, [ECF 12], in full. This case is DISMISSED without leave to amend.

IT IS SO ORDERED.

DATED this 14th day of November, 2024.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

2 – OPINION AND ORDER